IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                           No. CV 16-0289-WJ-LAM
                                                 CR 11-2011-WJ

DUSTIN DEAN,

    Defendant/Movant.

## ORDER

**THIS MATTER** is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Proceedings For the United States District Courts, on Defendant/Movant's amended ***Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody*** *(CV Doc. 5; CR Doc. 38)*, response to the Court's Order to Cure Deficiency [*CV Doc. 6; CR Doc. 40*], which the Court liberally will construe as a supplement to Defendant/Movant's amended § 2255 Motion, and ***Application to Proceed in District Court Without Prepaying Fees or Costs*** *(CV Doc. 2; CR Doc. 37)*. Because it appears from the record that Defendant/Movant has previously been found indigent [*CR Doc. 9*], the Court will deny Defendant/Movant's motion to proceed *in forma pauperis* as moot [*CV Doc. 2; CR Doc. 37*]. Because Defendant/Movant's amended § 2255 motion and supplement are not subject to summary dismissal, the Court will direct the United States to file an answer.

**IT IS THEREFORE ORDERED** that Defendant/Movant's ***Application to Proceed in District Court Without Prepaying Fees or Costs*** *(CV Doc. 2; CR Doc. 37)* is **DENIED as moot**;

**IT IS FURTHER ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant/Movant's amended *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* *(CV Doc. 5; CR Doc. 38)*, supplement to the amended § 2255 Motion [*CV Doc. 6; CR Doc. 40*], and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, **within twenty-three days of entry of this Order**, the United States answer Defendant/Movant's amended § 2255 motion.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**